# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | Rugged Handheld Computer EF550 ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product). As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit. The all-new EF550 offers the larger touch surface of 5.5" with enhanced innovative features and form factor that provide more huge value and productivity to enterprise frontline user environment. Experience the ultimate rugged and performance of the EF550, a product of Bluebird's all cutting edge technology optimized for enterprise environment. https://www.bluebirdcorp.com/products/Mobile-Computers/Rugged-Mobile-Computer/EF550#specifications |



https://www.bluebirdcorp.com/products/Mobile-Computers/Rugged-Mobile-Computer/EF550#specifications

## Faster, Wider Network BUT Less Power

EF550 has 2x2 Multiple-User Multiple Input Multiple Output (MU-MIMO) technology that makes possible for multiple devices communicate with access points simultaneously through pinpoint beamforming, which leads to enhancement in Wi-Fi network speed, range, and capacity. And access point is the one who processes not the device, increasing device battery cycle time.

https://www.bluebirdcorp.com/products/Mobile-Computers/Rugged-Mobile-Computer/EF550#specifications

| Communication | [WIRELESS LAN]<br>WiFi: IEEE 802.11 a/b/g/n/ac/d/h/i/r/k/v/w;<br>Wi-Fi™ certified;IPv4, IPv6, 2x2 MU-MIMO<br>WWAN: IEEE 802.11 a/b/g/n/ac /d/h/i/r/k/v/w;<br>Wi-Fi™ certified;IPv4, IPv6, 5GHz 2x2 MU-MIMO<br><br>[WIRELESS PAN]<br>Bluetooth: Bluetooth v5.0, BLE Class 2 | RF |

https://www.bluebirdcorp.com/products/Mobile-Computers/Rugged-Mobile-Computer/EF550#specifications



Source: Test report of the accused product



**<WiFi & BT Antenna>**

Source: Test report of the accused product

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the antenna. | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.). |
| | As shown below and as per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices such as wireless headsets, etc. Bluetooth uses antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of |

them operating in 2.4 GHz range.

| Communication | [WIRELESS LAN]<br>WiFi: IEEE 802.11 a/b/g/n/ac/d/h/i/r/k/v/w;<br>Wi-Fi™ certified;IPv4, IPv6, 2x2 MU-MIMO  RF<br>WWAN: IEEE 802.11 a/b/g/n/ac /d/h/i/r/k/v/w;<br>Wi-Fi™ certified;IPv4, IPv6, 5GHz 2x2 MU-MIMO<br><br>[WIRELESS PAN]<br>Bluetooth: Bluetooth v5.0, BLE Class 2 |

https://www.bluebirdcorp.com/products/Mobile-Computers/Rugged-Mobile-Computer/EF550#specifications

| EUT type | Enterprise Full Touch Handheld Computer | | | | |
|---|---|---|---|---|---|
| FCC ID | SS4EF550 | | | | |
| Equipment model name | EF550 | | | | |
| Equipment add model name | EF550R | | | | |
| Equipment serial no. | Identical prototype | | | | |
| Mode(s) of Operation | WCDMA 850, WCDMA 1700, WCDMA 1900, LTE Band 71, 12, 13, 5, 66, 4, 2, 2.4 G W-LAN (802.11b/g/n-HT20), 5 G W-LAN (802.11a/n-HT20/n-HT40/ac-VHT20/ac-VHT40/ac-VHT80), Bluetooth | | | | |
| | **Band** | **Mode** | **Operating Modes** | **Bandwidth** | **Frequency** |
| TX Frequency Range | WCDMA 850 | WCDMA | Voice/Data | - | 826.4 MHz ~ 846.6 MHz |
| | WCDMA 1700 | WCDMA | Voice/Data | - | 1 712.4 MHz ~ 1 752.6 MHz |
| | WCDMA 1900 | WCDMA | Voice/Data | - | 1 852.4 MHz ~ 1 907.6 MHz |
| | LTE Band 71 | LTE | Voice/Data | 5/10/15/20MHz | 665.5 ~ 695.5 MHz |
| | LTE Band 12 | LTE | Voice/Data | 1.4/3/5/10MHz | 699.7 MHz ~ 715.3 MHz |
| | LTE Band 13 | LTE | Voice/Data | 5/10MHz | 779.5 MHz ~ 784.5 MHz |
| | LTE Band 5 | LTE | Voice/Data | 1.4/3/5/10MHz | 824.7 MHz ~ 848.3 MHz |
| | LTE Band 66 | LTE | Voice/Data | 1.4/3/5/10/15/20MHz | 1 710.7 MHz ~ 1 779.3 MHz |
| | LTE Band 4 | LTE | Voice/Data | 1.4/3/5/10/15/20MHz | 1 710.7 MHz ~ 1 754.3 MHz |
| | LTE Band 2 | LTE | Voice/Data | 1.4/3/5/10/15/20MHz | 1 850.7 MHz ~ 1 909.3 MHz |
| | 2.4 GHz W-LAN | 802.11b/g/n | Voice/Data | HT20 | 2 412 MHz ~ 2 462 MHz |
| | 5.2 GHz W-LAN | 802.11a/n/ac | Voice/Data | HT20/VHT20 | 5 180 MHz ~ 5 240 MHz |
| | | 802.11n/ac | Voice/Data | HT40/VHT40 | 5 190 MHz ~ 5 230 MHz |
| | | 802.11ac | Voice/Data | VHT80 | 5 210 MHz |
| | 5.3 GHz W-LAN | 802.11a/n/ac | Voice/Data | HT20/VHT20 | 5 260 MHz ~ 5 320 MHz |
| | | 802.11n/ac | Voice/Data | HT40/VHT40 | 5 270 MHz ~ 5 310 MHz |
| | | 802.11ac | Voice/Data | VHT80 | 5 290 MHz |
| | 5.6 GHz W-LAN | 802.11a/n/ac | Voice/Data | HT20/VHT20 | 5 500 MHz ~ 5 720 MHz |
| | | 802.11n/ac | Voice/Data | HT40/VHT40 | 5 510 MHz ~ 5 710 MHz |
| | | 802.11ac | Voice/Data | VHT80 | 5 530 MHz ~ 5 690 MHz |
| | 5.8 GHz W-LAN | 802.11a/n/ac | Voice/Data | HT20/VHT20 | 5 745 MHz ~ 5 825 MHz |
| | | 802.11n/ac | Voice/Data | HT40/VHT40 | 5 755 MHz ~ 5 795 MHz |
| | | 802.11ac | Voice/Data | VHT80 | 5 775 MHz |
| | Bluetooth | - | Data | - | 2 402 MHz ~ 2 480 MHz |
| | WCDMA 850 | WCDMA | Voice/Data | - | 871.4 MHz ~ 891.6 MHz |

| | Source: Test report of the accused product<br><br><br><br>Source: Test report of the accused product |



**<WiFi & BT Antenna>**

Source: Test report of the accused product

| Voice and Audio | Dual noise-cancelling microphones;<br>Vibrate alert;<br>High-quality speaker phone;<br>3.5mm headset jack<br>PTT headset support;<br>Bluetooth wireless headset support,<br>SWB & FB audio |
|---|---|

Source: Datasheet of the accused product

**802.11 TYPES & FREQUENCY BANDS**

| IEEE 802.11 VARIANT | FREQUENCY BANDS USED | COMMENTS |
|---|---|---|
| 802.11a | 5GHz | Read more about *802.11a* |
| 802.11b | 2.4GHz | Read more about *802.11b* |
| 802.11g | 2.4GHz | Read more about *802.11g* |
| 802.11n | 2.4 & 5 GHz | Read more about *802.11n* |
| 802.11ac | Below 6GHz | Read more about *802.11ac* |
| 802.11ad | Up to 60 GHz | Read more about *802.11ad* |

https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php